# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**DOUGLAS ROBERTSON (#91333)**                          **CIVIL ACTION**

**VERSUS**

**TIMOTHY HOOPER, ET AL.**                          **NO. 22-00389-BAJ-SDJ**

## RULING

On June 14, 2022, Petitioner, an inmate incarcerated at the Louisiana State Penitentiary ("LSP"), filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 challenging his conviction first degree robbery. Petitioner previously filed a petition for writ of habeas corpus in this District regarding the same conviction, under the caption *Robertson v. Cain, et al.* No. 10-cv-00350 (M.D. La. May 20, 2010). Petitioner's initial petition was denied as time-barred.

Before filing a "second and successive" habeas petition, a petitioner must obtain authorization from the appropriate Court of Appeals. 28 U.S.C. § 2244(b)(3). Failure to obtain prior authorization results in dismissal. *Id.* at § 2244(b)(1).

The instant Petition is a second attempt to collaterally attack Petitioner's state court conviction, and Petitioner's claims are clearly successive. As Petitioner has not yet received permission to file this successive petition from the United States Court of Appeals for the Fifth Circuit, this Court lacks jurisdiction to consider his claims.

Accordingly,

**IT IS ORDERED** that the Petition be deemed successive, and that it be **DISMISSED** for lack of jurisdiction because Petitioner did not obtain permission

from the United States Court of Appeals for the Fifth Circuit prior to filing. Judgment shall be entered accordingly.

Baton Rouge, Louisiana, this 28th day of October, 2020

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**